## Synopsis – Information

| | |
|---|---|
| **Name:** | SIU SHING WONG |
| **Address:** (City & State Only) | Brooklyn, NY |
| **Year of Birth and Age:** | 1987 (37) |
| **Violations:** | Count 1: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344, 1349 (Class B Felony) |
| **Penalties:** | Count 1: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1344. |
| **Supervised Release:** | Count 1: Not more than 5 years. 18 U.S.C. § 3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | David Bate, Esq. and Stacey Van Malden, Esq. (retained) |
| **Primary Investigative Agency and Case Agent Name:** | HSI Special Agent Pierre Mathieu |
| **Detention Status:** | N/A |
| **Foreign National:** | U.S. Citizen |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Kennebec |
| **AUSA:** | AUSAs Andrew Lizotte and Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |
| **Assessment(s):** | $100.00 - 18 U.S.C. § 3013(a)(2)(A) |
| **Forfeiture? Y/N** | Yes |